United States District Court

Eastern District of California

ODNIL MUSIC LIMITED and FIFTY-SIX HOPE ROAD MUSIC LIMITED,

        Plaintiffs,

vs.

KATHARSIS, LLC, WILLIAM JOSEPH SCHECK and NATHANIEL CHRISTOPHER SCHECK,

        Defendants.

No. Civ. S-05-0545 WBS PAN

Order

-oOo-

June 29, 2005, Judge Shubb stayed this action to allow a reasonable time for the parties to pursue settlement negotiations and referred the matter to me for the purpose of conducting an early settlement conference between the parties.  July 1, 2005, the court clerk gave the parties notice of a settlement conference at 9:00 a.m., August 8, 2005.  August 1, 2005, plaintiff served its settlement conference statement providing

1 defendants with additional notice of the conference.  No one
2 appeared for any defendant at the scheduled time and place.
3     At 9:00 a.m., August 24, 2005, defendants shall appear
4 personally and with counsel to show cause if any they have why
5 monetary or other sanctions should not be imposed for their
6 failure to appear at the settlement conference.
7     So ordered.
8     Dated:  August 9, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge