IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODNIL MUSIC LIMITED and FIFTY-SIX
HOPE ROAD MUSIC LIMITED,

      Plaintiffs,                          No. CIV S-05-0545 WBS PAN

  vs.

KATHARSIS, LLC, WILLIAM
JOSEPH SCHECK and NATHANIEL
CHRISTOPHER SCHECK,

      Defendants.                ORDER
_____/

        After consideration of the papers and pleadings filed in support of the application, good cause appearing therefor, IT IS HEREBY ORDERED that:

        The order shortening time is granted and plaintiffs' May 18, 2006 motion for default judgment, filed with the ex parte application, shall be heard on June 1, 2006, at 11:00 a.m. before the undersigned in Courtroom #25.  Defendants' opposition shall be due on or before close of business May 30, 2006.  Plaintiffs' reply, if any, shall be filed by close of business May 31, 2006.

DATED:  May 22, 2006.

                                                     UNITED STATES MAGISTRATE JUDGE

/001; odnil.ost