UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ODNIL MUSIC LIMITED and FIFTY-
SIX HOPE ROAD MUSIC LIMITED,

        Plaintiffs,

    v.

KATHARSIS LLC, WILLIAM JOSEPH
SCHECK AND NATHANIEL
CHRISTOPHER SCHECK,

        Defendants.

NO. CIV. S-05-0545 WBS PAN

ORDER

----oo0oo----

        Plaintiff's Application for an Order to Show Cause to Defendant Nathaniel Scheck re Failure to Appear and Entry of Judgment is set for hearing in Courtroom 5 of this court at 1:30 p.m. on September 5, 2006.  Defendant Nathaniel Scheck shall file a response to the application on or before August 21, 2006, and plaintiff may file a reply on or before August 28, 2006.

        IT IS SO ORDERED.

Dated: August 4, 2006

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

1