FORREST PLANT, JR., SBN: 072266
ALAN M. STEINBERG, SBN: 181787
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 - 12th Street, Suite 250
Sacramento, California  95814
Telephone:  (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODNIL MUSIC LIMITED and FIFTY-SIX HOPE ROAD MUSIC LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>KATHARSIS LLC, WILLIAM JOSEPH SCHECK and NATHANIEL CHRISTOPHER SCHECK,<br><br>    Defendants. | Action No.:  CIV. S:05-00545-WBS-PAN<br><br>**FINAL STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT NATHANIEL CHRISTOPHER SCHECK** |

**WHEREAS,** this matter came to trial before this Court on July 18, 2006;

**WHEREAS**, defendant Nathaniel Christopher Scheck failed to appear at trial;

**WHEREAS**, plaintiffs proceeded to trial as against defendant William Joseph Scheck;

**WHEREAS**, defendant Katharsis, LLC never appeared in this action and its default was entered;

**WHEREAS,** plaintiffs prevailed at trial and this Court entered judgment in plaintiffs' favor as against defendants William Scheck and Katharsis, LLC, (July 21, 2006 Findings of Fact, Conclusions of Law, and Order; July 21, 2006 Judgment);

**WHEREAS,** the Court's judgment awarded substantial relief to plaintiffs;

**WHEREAS**, this case remains pending against defendant Nathaniel Scheck;

**WHEREAS**, this Court set an October 23, 2006 trial date on plaintiffs' claims against

1  Nathaniel Scheck; and

2  **WHEREAS**, plaintiffs and defendant Nathaniel Scheck seek to resolve this matter as between
3  them and in lieu of trial.

4  **WHEREFORE,** plaintiffs ODNIL MUSIC LIMITED and FIFTY-SIX HOPE ROAD MUSIC
5  LIMITED (plaintiffs), by and through their counsel of record, and defendant NATHANIEL
6  CHRISTOPHER SCHECK, individually and in propia persona, **HEREBY STIPULATE AND**
7  **AGREE** as follows:

8      1.    This action shall be dismissed as against defendant Nathaniel Scheck.

9      2.    Nathaniel Scheck acknowledges and accepts notice and service of, and hereby agrees
10  to be bound by, the injunctive order issued by this Court in its July 21, 2006 Findings of Fact,
11  Conclusions of Law, and Order (at 18:15 – 19:5), upon which judgment was entered, which provides
12  that defendants and those acting in concert therewith "are permanently enjoined and restrained:

13      (a)    from publicly performing, without a license to do so, the musical compositions
14  in the repertory of the American Society of Composers, Authors & Publishers ("ASCAP"), including the following four copyrighted musical compositions: "EXODUS," "JAMMING," "AMBUSH IN THE NIGHT," and "AFRICA UNITE."
15

16      (b)    from causing or permitting any of those musical compositions to be publicly performed, without  a license to do so, in, at, or by the Owl Club, or any other business owned, controlled, operated, maintained, or conducted, in whole or in part, directly or indirectly, by one or
17  more of the Defendants;

18      (c)    from aiding or abetting the unlicensed public performance of any of those musical compositions; and
19

20      (d)    from otherwise infringing the copyright in any of those musical compositions."

21      3.    Defendant Nathaniel Scheck fully waives and releases and discharges plaintiffs and
22  the American Society of Composers, Authors & Publishers ("ASCAP"), and their respective
23  members, agents, officers, directors, partners, shareholders, employees, successors, decedents,
24  dependents, heirs, executors, administrators, principals, attorneys and other representatives from all
25  rights, claims and actions which he may have against them relating or pertaining to, or in any way
26  arising out of, the facts and circumstances of this action, including but not limited to ASCAP's
27  attempts and efforts to license defendants' establishment, the Owl Club; any claims for copyright
28  infringement arising out of unauthorized nondramatic performances of any of ASCAP's members'

Final Stipulation & Order re Dismissal of
Defendant Nathaniel Scheck

copyrighted musical works; and any claims for costs or attorneys' fees in connection with this action. This release is expressly intended to cover any and all claims of every kind or nature, past, present or future, known or unknown, suspected or unsuspected, that relate to the disputes described herein and in accordance therewith, defendant Nathaniel Scheck hereby waives Section 1542 of the Civil Code of the State of California which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

4. On entry, this Stipulation and Order will become final and the parties hereto waive their respect rights to appeal this Order.

Dated: September 19, 2006

By: /s/ Nathaniel Scheck
Nathaniel Christopher Scheck
Defendant in Pro Per

Dated: September 19, 2006        GOLDSBERRY, FREEMAN & GUZMAN

By: /s/ Alan M. Steinberg
Alan M. Steinberg
Attorney for Plaintiffs

**IT IS SO ORDERED.**

September 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Final Stipulation & Order re Dismissal of
Defendant Nathaniel Scheck