IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODNIL MUSIC LIMITED and
FIFTY-SIX HOPE ROAD MUSIC
LIMITED,

    Plaintiff,

vs.

KATHARSIS LLC, WILLIAM
JOSEPH SCHECK and NATHANIEL
CHRISTOPHER SCHECK,

    Defendants.
_____/

No. CIV S-05-545 WBS EFB

ORDER

Currently before the court are the Magistrate Judge's Proposed Findings and Recommendations, which recommend that plaintiffs' (and now judgment creditors') motion for a temporary restraining order and a preliminary injunction be granted. Defendant and judgment debtor, William J. Scheck, has been given until June 29, 2007, to file objections to those proposed Findings and Recommendations. However, the Magistrate Judge has also recommended that a temporary retraining order issue pending this Court's de novo review of the Proposed Findings and Recommendations. This court concurs that a temporary restraining order is appropriate for the reasons stated by the Magistrate Judge. The Magistrate Judge has found both a probability of success on the claim that the asset in question, the proceeds from the

1

pending sale of a certain property, is subject to the judgment entered in this case. See Cal. Civ. Code §§ 3439.04; 15304 and 18200; Hall, Goodhue, Haisley & Barker, Inc. v. Marconi Conference Center Board, 41 Cal.App.4th 1551, 1554-1555 (1996). The Magistrate Judge has further found that unless retrained, there is a probability that the asset will be concealed or dissipated and that plaintiffs will lose the ability to pursue their remedies as to that asset under the California Civil Code.

Accordingly, pursuant to Rule 65, Fed R. Civ P, and section 708.240(a) and (b), Cal. Civ. Proc. Code (authorizing temporary retraining orders and preliminary injunctions to prevent transfer of control of an asset from a third party to the judgment debtor or any party), which are applicable here under Rule 69, Fed. R. Civ. P., a temporary restraining order is hereby entered until such time as this Court enters an order on the recommendation that a preliminary injunction be entered. The defendant, William J. Scheck, his employees, agents, and all persons in active concert or participation with him, are restrained from transferring or disposing of $100,000 of the proceeds from the sale of the Owl Club out of the escrow account maintained by Placer Title Company at 193 Fulweiler Avenue, Auburn, California 95603, (or any lesser amount currently deposited therein concerning that sale), pending final determination of judgment creditors' right to attach the sale proceeds for satisfaction of the judgment of $85,545.52 plus post-judgment interest, enforcement costs and sanctions. Specifically, $100,000 of the sales proceeds or any lesser amount currently on deposit shall remain in the Placer Title Company escrow pending this court's order on the Findings and Recommendations that a preliminary injunction be entered.

IT IS SO ORDERED.

DATED: June 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2