IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODNIL MUSIC LIMITED and
FIFTY-SIX HOPE ROAD MUSIC
LIMITED,

    Plaintiffs,

vs.

KATHARSIS LLC, WILLIAM
JOSEPH SCHECK and NATHANIEL
CHRISTOPHER SCHECK

    Defendants.

No. CIV S-05-545 WBS EFB

ORDER

On June 26, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed by June 29, 2007. Plaintiff filed objections on June 29, 2007, and they were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed June 26, 2007, are ADOPTED.

2. Judgment creditors' motion for a preliminary injunction is granted.

3. Judgment debtor William J. Scheck, his employees, agents, and all persons in active concert or participation with him, are enjoined from transferring or disposing of $100,000 of the proceeds from the sale of the Owl Club out of the escrow account maintained by Placer Title Company (at 193 Fulweiler Avenue, Auburn, California 95603), pending final determination of judgment creditors' right to attach the sale proceeds for satisfaction of the judgment of $85,545.52 plus post-judgment interest, enforcement costs and sanctions.

4. Specifically, $100,000 of the sales proceeds shall remain in the Placer Title Company escrow pending final resolution of this issue.

5. The court reserves jurisdiction to modify or dissolve the injunction as may be required by the interests of justice.

DATED:  July 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2