1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ODNIL MUSIC LIMITED and
     FIFTY-SIX HOPE ROAD MUSIC
11   LIMITED,

12              Plaintiffs,                    No. CIV S-05-0545 WBS EFB
                  vs.
13   KATHARSIS LLC, WILLIAM
     JOSEPH SCHECK and NATHANIEL        ORDER
14   CHRISTOPHER SCHECK

15              Defendants.
     _____/
16

17          On November 6, 2007, the magistrate judge filed findings and recommendations

18   herein which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

20   November 13, 2007, and they were considered by the undersigned.

21          This court reviews de novo those portions of the proposed findings of fact to

22   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

23   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

24   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25   the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

26   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

1   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2   1983).

3           The court has reviewed the applicable legal standards and, good cause appearing,

4   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

5   Accordingly, IT IS ORDERED that:

6           1.  The proposed Findings and Recommendations filed November 6, 2007, are

7   ADOPTED.

8           2.  Judgment creditors' Motion to Amend Judgment to Add Asgard Entertainment

9   Trust and the William J. Scheck Trust as Nonparty Judgment Debtors is granted;

10          3.  The judgment is amended to add the Asgard Entertainment Trust and the

11  William J. Scheck Trust as judgment debtors that are jointly and severally liable for the entire

12  amount of the judgment, including reasonable attorneys' fees in an amount to be determined by a

13  post-amendment motion for fees; and,

14          4.  The entire amount of the judgment shall be paid from the sale proceeds of the

15  Owl Club.

16   DATED:  December 5, 2007

17

18  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26