FORREST PLANT, JR., SBN: 072266
ALAN M. STEINBERG, SBN: 181787
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 - 12th Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Plaintiffs/Judgment Creditors

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODNIL MUSIC LIMITED and FIFTY-SIX HOPE ROAD MUSIC LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHARSIS LLC, WILLIAM JOSEPH SCHECK and NATHANIEL CHRISTOPHER SCHECK, <br><br> Defendants. | Action No.: 2:05-cv-00545-WBS-EFB <br><br> **ORDER ON STIPULATION FOR SETTLEMENT AND RELEASE OF CLAIMS** |

Having read the Stipulation for Settlement Agreement and Release of Claims and good cause appearing therefor:

**IT IS HEREBY ORDERED** that within five (5) business days of service of this Order, Placer Title Company shall pay over to the American Society of Composers, Authors and Publishers ("ASCAP") on behalf of the plaintiffs the sum of Ninety Thousand Dollars ($90,000.00) from its account number 102-28836 DY (the "Account") and that upon delivery of the payment to ASCAP or its designated agent the injunction issued by this court by its order dated June 26, 2007 shall be automatically dissolved, and the balance of the Account shall be disbursed to the persons or entities lawfully entitled thereto.

///

1 **IT IS FURTHER ORDERED** that upon dismissal with prejudice of the appeal filed by William Scheck now pending before the Ninth Circuit Court of Appeal, being docket number 07-17348, this case is dismissed subject to this Court's jurisdiction to enforce the permanent injunction set forth in the Judgment entered herein on July 21, 2006, and the terms of the Stipulation for Settlement and Release of Claims.

DATED: February 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Re: *Odnil Music Limited, et al. vs. Katharsis LLC, et al.*
United States District Court
Eastern District No.:  2:05-cv-00545 WBS EFB

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 777 Twelfth Street, Suite 250, Sacramento, California 95814.  I am familiar with the business practices of the Law Offices of Goldsberry, Freeman & Guzman, LLP for collecting and processing mail and know that the mail in said offices is collected and processed on the same date as indicated below.  I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

On the date indicated below, I served the foregoing document(s) described as:

**ORDER ON STIPULATION FOR SETTLEMENT AND RELEASE OF CLAIMS**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| William J. Scheck | *In Pro Se* |
| KATHARSIS LLC | Voice & Fax:  (702) 248-5388 |
| ASGARD ENTERTAINMENT TRUST | Email:           wjscheck@basicisp.net |
| WILLIAM J. SCHECK TRUST | |
| 2851 S. Valley View Blvd. #1196 | |
| Las Vegas, NV 89102 | |

__XX__   (BY MAIL)  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____   (BY FEDERAL EXPRESS)  I caused such envelope with postage thereon fully prepaid to be placed in Federal Express mail at Sacramento, California.

_____   (VIA FACSIMILE)  I caused such document to be sent via facsimile to the above-listed facsimile number(s) and thereafter caused a copy to be placed in the United States mail at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 22, 2008 at Sacramento, California.

/s/ Frances E. Flasshe
Frances E. Flasshe