IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODNIL MUSIC LIMITED and
FIFTY-SIX HOPE ROAD MUSIC
LIMITED,

      Plaintiffs,

vs.

KATHARSIS LLC, WILLIAM
JOSEPH SCHECK and NATHANIEL
CHRISTOPHER SCHECK,

      Defendants.
_____/

No. CIV S-05-0545 WBS EFB

ORDER

On April 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

/////

/////

/////

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.[1]

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 8, 2008, are ADOPTED;

2. Creditors' Motion for Supplemental Attorneys' Fees is granted; and,

3. Creditors are awarded supplemental attorneys' fees in the amount of $24,045.00.

DATED:  April 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the findings and recommendations, judgment creditors filed an "Acknowledgment of Satisfaction of Judgment" indicating that they have accepted payment as to the monetary portion of the judgment. *See* Docket Entry no. 174. Although that document does not specify the terms of the settlement, it does not appear to encompass judgment creditors' motion for attorneys' fees addressed in this order.

2